**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1119**

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

W. EARL BRITT; JAMES C. FOX; JAMES C. DEVER, III; LOUISE W. FLANAGAN; TERRENCE W. BOYLE; MALCOLM J. HOWARD; JAMES C. GATES; REBECCA BEACH SMITH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Max O. Cogburn, Jr., District Judge. (5:16-ct-03211-BA)

Submitted: May 25, 2017                    Decided: May 30, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order rejecting his postjudgment filings as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Britt*, No. 5:16-ct-03211-BA (E.D.N.C. Dec. 12, 2016). We deny all of Davis' pending motions, including his motions to remand and to appoint a guardian ad litem. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*